Harry S. Stern (SBN 176854)
Email: HStern@RLSlawyers.com
RAINS LUCIA STERN, PC
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Tel: 925-609-1699
Fax: 925-609-1690
Associated with:

William D. Marler
(pro hac vice pending)
MARLER CLARK, LLP, PS
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Tel: 206-346-1888
Fax: 206-346-1898
Email: bmarler@marlerclark.com
Attorneys for Plaintiff RABINOWITZ

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY TAYLOR; AND JEFF TAYLOR,<br>　　　　Plaintiff,<br>　　vs.<br><br>ATHERSTONE FOODS, INC., dba, GLASS ONION CATERING & GOURMET FOODS, INC.; and TRADER JOE'S COMPANY; and DOES 1-20, inclusive,<br>　　　　Defendants. | Case No.: 3: 15-cv-00242<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |
| ATHERSTONE FOODS, INC. dba GLASS ONION CATERING & GOURMET FOODS and TRADER JOE'S COMPANY,<br><br>　　　　Third-Party Plaintiffs,<br>　　vs.<br><br>GREEN STAR PRODUCE MARKETING, INC.; CENTRAL COAST COOLING, INC.; RATTO BROS., INC.; LAKE BOTTOM, LLC;  ROEST FAMILY DAIRY; MELVIN T. WHEELER & SONS, LLC; and ROES 1 through 20, inclusive,<br><br>　　　　Third-Party Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

All parties in this action who have appeared hereby stipulate, pursuant to F.C.R.P. Rule 41(a) as follows:

1. Plaintiff Kelly and Jeff Taylor in accord with a settlement agreement, voluntarily dismisses with prejudice the Complaint in this action with all parties to bear their own costs and fees;

2. Third Party Plaintiff/Defendant Trader Joe's Company voluntarily dismisses with prejudice its Third Party Complaint with all parties to bear their own costs;

3. Third Party Plaintiff/Defendant Atherstone Foods, Inc. voluntarily dismisses with prejudice its Third Party Complaint with all parties to bear their own costs;

4. Cross-Claimant/Third Party Defendant Roest Family Dairy in accord with a settlement agreement, voluntarily dismisses with prejudice the Complaint in this action with all parties to bear their own costs and fees.

Date:                                               RAINS LUCIA STERN

                                                     /s/  Harry Stern
                                                    Harry Stern
                                                    Attorneys for Plaintiff

Date:                                               CHOLAKIAN & ASSOCIATES

                                                     /s/  Kevin Cholakian
                                                    Kevin Cholakian
                                                    Attorneys for Defendants Trader Joe's and
                                                    Atherstone Foods

Date:                                               TARKINGTON, O'NEILL, BARRACK & CHONG

                                                     /s/  Malcolm Barrack
                                                    Malcolm Barrack
                                                    Attorneys for Cross-Claimant/Third Party
                                                    Defendant ROEST FAMILY DAIRY

1    I declare under penalty of perjury that all parties have met and conferred and agree upon all
2 statements as set forth in this Stipulation of Voluntary Dismissal and that all signatures have been
3 obtained by all counsel for the purpose of filing this Stipulation of Voluntary Dismissal in this
4 matter, pursuant to *Local Rule 5-1(I)*.

CHOLAKIAN & ASSOCIATES

_/s/_Brian J. Finn_____
Brian J. Finn
Attorneys for Defendants Trader Joe's and
Atherstone Foods

IT IS SO ORDERED
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA